

**HINSHAW**
& CULBERTSON LLP

Michael J. Levin
mlevin@mail.hinshawlaw.com

**ATTORNEYS AT LAW**
800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

February 8, 2016

**VIA ECF FILING**
Honorable Roslyn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **National Income Life Insurance Company v. Ramkarran**
**United States District Court, Eastern District of New York**
**Civil Action No. 15-CV-4655 (RRM)(RLM)**

Dear Judge Mauskopf:

We represent plaintiffs in the above-referenced matter pending before Your Honor. The parties have reached an amicable resolution in this matter before issue was joined.

We have filed today for Your Honor's review the parties' settlement agreement, along with a proposed Consent Permanent Injunction and Judgment, which the parties have signed, and which we respectfully request be so-ordered.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

Michael J. Levin

c.c.: Eric Menhart, Esq. (counsel for Defendants)(via ECF filing and email)